STATE OF MAINE                                          SUPERIOR COURT
KENNEBEC, SS.                                           CRIMINAL ACTION
                                                        Docket No.   CR-10-25
                                                        REM - KEN - 
STATE OF MAINE

v.                                                      ORDER DENYING MOTION
                                                       FOR SPEEDY TRIAL AND/OR
NIXON A. LOUIS,                                           MOTION TO DISMISS
                                                          WITH PREJUDICE
        Defendant


        Defendant filed this pending motion with the court on February 25, 2011.

Argument was presented to the court by counsel for the defendant and the assistant

district attorney on March 7, 2011.  On March 4, 2011, the attorney for the State filed a

dismissal of the pending indictment against the defendant pursuant to Rule 48(a) of the

Maine Rules of Criminal Procedure.

        Defendant argues that, despite the State's filing of its motion to dismiss, that the

defendant's motion for dismissal *with prejudice* should still be granted.  Defendant

contends that the delay, which has already occurred in this case, as well as the

subsequent delay, which would likely occur if the defendant were to be re-indicted,

creates sufficient prejudice warranting a dismissal of this pending matter *with* prejudice.

        Although the State filed its dismissal pursuant to M.R. Crim. P. 48(a) *after* the

filing of the defendant's motion to dismiss, the court is not persuaded that the State's

dismissal becomes ineffective.  Rule 48(a) provides broad authority to the attorney for

the State to file a written dismissal of an indictment with no limits to the timing of such

a filing if the trial has not already commenced.  It is not disputed that the trial has not

commenced in the pending matter, and thus no issue of jeopardy has been presented.

Thus, despite the prior filing (by seven days) of the defendant's motion to dismiss with

prejudice, the language of Rule 48(a), as well as the case law addressing this same rule

as set forth in *State v. Dumont*, 552 A.2d 1 (Me. 1988), suggest that the prosecution regarding the case for which a dismissal has been filed pursuant to Rule 48(a) shall terminate upon the filing of such a dismissal.

The court will note that the defendant is not precluded from filing a motion to dismiss any future prosecution should the State seek to pursue such. The court does not, in any way, address the merits of the defendant's motion based upon alleged undue delay or prejudice to him.

Accordingly, the defendant's motion for a speedy trial is deemed moot based upon the filing of the dismissal by the State, and the defendant's motion to dismiss with prejudice is hereby denied.

DATED: 3/7/11

Robert E. Murray
Justice, Superior Court

2

STATE OF MAINE                                    SUPERIOR COURT
  vs                                              KENNEBEC, ss.
NIXON A LOUIS                                      Docket No  AUGSC-CR-2010-00025
119 CENTER STREET
MANCHESTER CT 06040                               **DOCKET RECORD**

DOB: 03/28/1970
Attorney: WILLIAM BAGHDOYAN                       State's Attorney: EVERT FOWLE
          WILLIAM BAGHDOYAN, ATTORNEY AT LAW
          72 WINTHROP STREET SUITE 2
          AUGUSTA ME 04330
          APPOINTED 01/03/2011

## Charge(s)

1    UNLAWFUL TRAFFICKING IN SCHEDULED DRUGS    01/07/2010 WATERVILLE
Seq 8541  17-A  1103(1-A)(A)          Class B
   CLOUTIER            / WAT

2    UNLAWFUL POSSESSION OF SCHEDULED DRUG       01/07/2010 WATERVILLE
Seq 8571  17-A  1107-A(1)(C)          Class D  Charged with COMPLAINT on Suppleme

3    CRIMINAL FORFEITURE OF PROPERTY             01/07/2010 WATERVILLE
Seq 7049  15    5826                  Class U

## Docket Events:

01/14/2010 FILING DOCUMENT -  NON CASH BAIL BOND FILED ON 01/07/2010

01/14/2010 BAIL BOND - $20,000.00 UNSECURED BAIL BOND FILED ON 01/12/2010

         Bail Amt:  $20,000
         Date Bailed: 01/07/2010
01/21/2010 Charge(s): 1
         HEARING -  INITIAL APPEARANCE SCHEDULED FOR 03/23/2010 @ 8:30

         NOTICE TO PARTIES/COUNSEL
01/21/2010 Charge(s): 1,2
         SUPPLEMENTAL FILING -  COMPLAINT FILED ON 01/21/2010

02/22/2010 Party(s):  NIXON A LOUIS
         ATTORNEY -  RETAINED ENTERED ON 02/22/2010

         Attorney:  JOHN ALSOP
02/22/2010 Charge(s): 1
         HEARING -  INITIAL APPEARANCE NOTICE SENT ON 02/22/2010

03/23/2010 Charge(s): 1
         HEARING -  INITIAL APPEARANCE HELD ON 03/23/2010
         JOHN  NIVISON , JUSTICE
         DA:  BRAD GRANT
03/23/2010 Charge(s): 1,2
         HEARING -  STATUS CONFERENCE SCHEDULED FOR 05/11/2010 @ 10:00

03/23/2010 Charge(s): 1,2
          PLEA -  NO ANSWER ENTERED BY DEFENDANT ON 03/23/2010


03/23/2010 BAIL BOND -  UNSECURED BAIL BOND CONTINUED AS POSTED ON 03/23/2010


          Date Bailed: 01/07/2010
05/11/2010 Charge(s): 1,2
          HEARING -  STATUS CONFERENCE HELD ON 05/11/2010
          NANCY  MILLS , JUSTICE
          Defendant Present in Court
05/11/2010 Charge(s): 1,2
          HEARING -  STATUS CONFERENCE SCHEDULED FOR 07/13/2010 @ 10:00


05/11/2010 Charge(s): 1,2
          HEARING -  STATUS CONFERENCE NOTICE SENT ON 05/11/2010


05/26/2010 Charge(s): 1,2,3
          HEARING -  ARRAIGNMENT SCHEDULED FOR 06/29/2010 @ 8:30


05/26/2010 Charge(s): 1,2
          HEARING -  STATUS CONFERENCE NOT HELD ON 05/26/2010


05/26/2010 Charge(s): 1,2,3
          HEARING -  ARRAIGNMENT NOTICE SENT ON 05/26/2010


06/02/2010 MOTION -  MOTION TO REVOKE BAIL FILED BY STATE ON 06/02/2010


          REQUEST FOR A WARRANT
06/09/2010 HEARING -  MOTION TO REVOKE BAIL HELD ON 06/09/2010
          JOHN  NIVISON , JUSTICE
          Defendant Present in Court


          TAPE 354, INDEX 2100
                                                    CONTINUED TO 6/14/2010
06/09/2010 BAIL BOND -  NO BAIL ALLOWED SET BY COURT ON 06/09/2010
          JOHN  NIVISON , JUSTICE
06/09/2010 HEARING -  MOTION TO REVOKE BAIL SCHEDULE OTHER COURT ON 06/14/2010 @ 8:30


          SKOSC
06/10/2010 HEARING -  MOTION TO REVOKE BAIL NOTICE SENT ON 06/10/2010


          PARTIES OF RECORD
06/10/2010 Charge(s): 1,2,3
          HEARING -  ARRAIGNMENT NOT HELD ON 06/09/2010


          DEF WAS ARRAIGNED IN SKOSC THIS DATE
06/10/2010 Charge(s): 1,2,3
          HEARING -  ARRAIGNMENT HELD ON 06/09/2010
          JOHN  NIVISON , JUSTICE
          Defendant Present in Court


          READING WAIVED.  DEFENDANT INFORMED OF CHARGES.  COPY OF INDICTMENT/INFORMATION GIVEN TO

DEFENDANT.  21 DAYS TO FILE MOTIONS

HELD AT SKOSC ON ER, TAPE 354, INDEX 2100

06/10/2010 Charge(s): 1,2,3
PLEA -  NOT GUILTY ENTERED BY DEFENDANT ON 06/09/2010

06/11/2010 MOTION -  MOTION TO REVOKE BAIL FILED BY STATE ON 06/11/2010

06/21/2010 HEARING -  OTHER HEARING SCHEDULED FOR 06/24/2010 @ 8:15

NOTICE TO PARTIES/COUNSEL                                        INITIAL
APPEARANCE ON MOTION TO REVOKE BAIL

06/21/2010 WRIT -  HABEAS CORPUS TO PROSECUTE ISSUED ON 06/21/2010

CERTIFIED COPY TO SHERIFF DEPT.

06/24/2010 HEARING -  OTHER HEARING HELD ON 06/24/2010
NANCY  MILLS , JUSTICE
Attorney:  JOHN ALSOP
DA:  JAMES MITCHELL

06/24/2010 HEARING -  OTHER HEARING CONTINUED ON 06/24/2010
NANCY  MILLS , JUSTICE
TO BE CONTINUED 6/25/10

06/24/2010 HEARING -  OTHER HEARING SCHEDULED FOR 06/25/2010 @ 8:00
NANCY  MILLS , JUSTICE
CONTINUATION OF HEARING ON MOTION TO REVOKE BAIL

06/25/2010 HEARING -  OTHER HEARING HELD ON 06/25/2010
NANCY  MILLS , JUSTICE
Attorney:  JOHN ALSOP
DA:  JAMES MITCHELL
Defendant Present in Court

TAPE#1324, INDEX#1072-1272

06/25/2010 BAIL BOND - $2,500.00 CASH BAIL BOND SET BY COURT ON 06/25/2010
NANCY  MILLS , JUSTICE
CONCURRENT WITH SOMERSET CASE CR-10-182 NO USE OR POSSESSION OF INTOXICANT AND RANDOM
SEARCH AND TEST FOR INTOXICANTS. NO CONTACT IWTH TESLA GORDON, LINDSAY PHILBRICK, JAMES
ANDERSON AND JAMES GORDON. CURFEW 8PM TO 7AM AND TO RESIDE AT 16 PARK ST WATERVILLE MAINE
AND HE MUST PROVIDE THE COURT OF HIS GIRLFRIEND FULL NAME AND APARTMENT # BEFORED BEIG
BAILED.

06/29/2010 MOTION -  MOTION TO SUPPRESS FILED BY DEFENDANT ON 06/29/2010

Attorney:  JOHN ALSOP

06/29/2010 MOTION -  MOTION FOR DISCOVERY FILED BY DEFENDANT ON 06/29/2010

Attorney:  JOHN ALSOP

07/01/2010 HEARING -  MOTION TO SUPPRESS SCHEDULED FOR 09/08/2010 @ 8:45

NOTICE  TO PARTIES/COUNSEL

07/01/2010 HEARING -  MOTION FOR DISCOVERY SCHEDULED FOR 09/08/2010 @ 8:45

NOTICE  TO PARTIES/COUNSEL

07/08/2010 ORDER -  TRANSCRIPT ORDER FILED ON 07/08/2010

DA:  JAMES MITCHELL

TRANSCRIPT OF BAIL HEARING
TRANSCRIPT PRODUCTION
07/09/2010 BAIL BOND - CONCURRENT BAIL BOND FILED ON 07/09/2010

BAIL IS CONCURRENT TO SKOSCCR201000182 HAVING BAIL ID WFF388 AS PRIMARY.
07/26/2010 MOTION - MOTION TO AMEND BAIL FILED BY DEFENDANT ON 07/23/2010

Attorney: JOHN ALSOP
07/28/2010 MOTION - MOTION TO AMEND BAIL GRANTED ON 07/27/2010
NANCY MILLS , JUSTICE
COPY TO PARTIES/COUNSEL
07/28/2010 BAIL BOND - UNSECURED BAIL BOND BAIL RELEASED ON 07/28/2010

Date Bailed: 01/07/2010
07/28/2010 BAIL BOND - UNSECURED BAIL BOND RELEASE ACKNOWLEDGED ON 07/28/2010

Date Bailed: 01/07/2010
09/03/2010 HEARING - MOTION FOR DISCOVERY CONTINUED ON 09/03/2010

09/03/2010 HEARING - MOTION FOR DISCOVERY SCHEDULED FOR 11/02/2010 @ 8:30

NOTICE TO PARTIES/COUNSEL
09/03/2010 HEARING - MOTION TO SUPPRESS CONTINUED ON 09/03/2010

09/03/2010 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 11/02/2010 @ 8:30

NOTICE TO PARTIES/COUNSEL
09/13/2010 MOTION - MOTION FOR WITHDRAWAL OF CNSL FILED BY COUNSEL ON 09/13/2010

Attorney: JOHN ALSOP
09/13/2010 OTHER FILING - TRANSCRIPT FILED ON 09/13/2010

TRANSCRIPT OF BAIL HEARING
09/17/2010 MOTION - MOTION FOR WITHDRAWAL OF CNSL GRANTED ON 09/14/2010
NANCY MILLS , JUSTICE
COPY TO PARTIES/COUNSEL
09/17/2010 Party(s): NIXON A LOUIS
ATTORNEY - WITHDRAWN ORDERED ON 09/14/2010

Attorney: JOHN ALSOP
10/01/2010 BAIL BOND - $2,500.00 CASH BAIL BOND FILED ON 07/06/2010

Bail Receipt Type: CR
Bail Amt: $2,500
                              Receipt Type: CK
Date Bailed: 07/02/2010       Prvdr Name: NIXON  LOUIS
                              Rtrn Name: TREASURER  STATE OF MAINE
APPLY TO COUNSEL FEES
10/06/2010 HEARING - MOTION TO SUPPRESS NOTICE SENT ON 10/06/2010

10/06/2010 HEARING - MOTION FOR DISCOVERY NOTICE SENT ON 10/06/2010

11/02/2010 HEARING - MOTION TO SUPPRESS CONTINUED ON 11/02/2010

                 NANCY  MILLS , JUSTICE
11/02/2010 HEARING -  MOTION TO SUPPRESS SCHEDULED FOR 01/03/2011 @ 8:30


                 NOTICE  TO PARTIES/COUNSEL
11/02/2010 HEARING -  MOTION FOR DISCOVERY CONTINUED ON 11/02/2010
                 NANCY  MILLS , JUSTICE
11/02/2010 HEARING -  MOTION FOR DISCOVERY SCHEDULED FOR 01/03/2011 @ 8:30


                 NOTICE  TO PARTIES/COUNSEL
11/02/2010 WRIT -   HABEAS CORPUS TO PROSECUTE ISSUED ON 11/02/2010


                 CERTIFIED COPY TO SHERIFF DEPT.
12/16/2010 MOTION -  MOTION TO CONTINUE FILED BY STATE ON 08/31/2010


12/16/2010 MOTION -  MOTION TO CONTINUE GRANTED ON 09/02/2010
                 NANCY  MILLS , JUSTICE
                 COPY TO PARTIES/COUNSEL
01/10/2011 Charge(s): 3
                 PLEA -  DENY ENTERED BY DEFENDANT ON 06/09/2010


01/10/2011 HEARING -  MOTION TO REVOKE BAIL NOT HELD ON 06/14/2010


01/10/2011 HEARING -  MOTION FOR DISCOVERY CONTINUED ON 01/03/2011


01/10/2011 HEARING -  MOTION TO SUPPRESS CONTINUED ON 01/03/2011


01/10/2011 MOTION -  MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 01/03/2011


01/10/2011 MOTION -  MOTION FOR APPOINTMENT OF CNSL GRANTED ON 01/03/2011
                 ROBERT E MURRAY JR, JUSTICE
                 COPY TO PARTIES/COUNSEL
01/10/2011 Charge(s): 1,2,3
                 HEARING -  MOTION TO SUPPRESS SCHEDULED FOR 03/09/2011 @ 9:15


                 NOTICE  TO PARTIES/COUNSEL
01/10/2011 Charge(s): 1,2,3
                 HEARING -  MOTION TO SUPPRESS NOTICE SENT ON 01/10/2011


01/10/2011 Charge(s): 1,2,3
                 HEARING -  MOTION FOR DISCOVERY SCHEDULED FOR 03/09/2011 @ 9:15


                 NOTICE  TO PARTIES/COUNSEL
01/10/2011 Charge(s): 1,2,3
                 HEARING -  MOTION FOR DISCOVERY NOTICE SENT ON 01/10/2011


01/10/2011 HEARING -  MOTION TO REVOKE BAIL SCHEDULED FOR 03/09/2011 @ 9:15


                 NOTICE  TO PARTIES/COUNSEL
01/10/2011 HEARING -  MOTION TO REVOKE BAIL NOTICE SENT ON 01/10/2011


01/10/2011 Party(s): NIXON A LOUIS
                 ATTORNEY -  APPOINTED ORDERED ON 01/03/2011

Attorney: WILLIAM BAGHDOYAN
01/10/2011 WRIT - HABEAS CORPUS TO PROSECUTE REMANDED ON 01/03/2011
ROBERT E MURRAY JR, JUSTICE
01/10/2011 WRIT - HABEAS CORPUS TO PROSECUTE ISSUED ON 01/10/2011

CERTIFIED COPY TO SHERIFF DEPT.
02/25/2011 MOTION - MOTION FOR SPEEDY TRIAL FILED BY DEFENDANT ON 02/25/2011

02/25/2011 HEARING - MOTION FOR SPEEDY TRIAL SCHEDULED FOR 03/09/2011 @ 9:15

NOTICE TO PARTIES/COUNSEL
03/04/2011 MOTION - MOTION FOR SPEEDY TRIAL MOOT ON 03/07/2011

03/04/2011 HEARING - MOTION TO REVOKE BAIL NOT HELD ON 03/04/2011

03/04/2011 Charge(s): 1,2,3
HEARING - MOTION FOR DISCOVERY NOT HELD ON 03/04/2011

03/04/2011 Charge(s): 1,2,3
HEARING - MOTION TO SUPPRESS NOT HELD ON 03/04/2011

03/04/2011 BAIL BOND - CONCURRENT BAIL BOND BAIL RELEASED ON 03/04/2011

03/04/2011 BAIL BOND - CASH BAIL BOND BAIL RELEASED ON 03/04/2011

Date Bailed: 07/02/2010
APPLY TO COUNSEL FEES
03/04/2011 MOTION - MOTION FOR DISCOVERY MOOT ON 03/04/2011

03/04/2011 MOTION - MOTION TO SUPPRESS MOOT ON 03/04/2011

03/04/2011 Charge(s): 1,2,3
FINDING - DIS BY DA/AG-OTHER ENTERED ON 03/04/2011

FOR PRESENTATION TO GRAND JURY AFTER NECESSARY WITNESS/CO DEFENDANT IS CONVICTED
03/04/2011 Charge(s): 1,2,3
ABSTRACT - SBI ISSUED ON 03/04/2011

03/04/2011 BAIL BOND - CONCURRENT BAIL BOND RELEASE ACKNOWLEDGED ON 03/04/2011

03/04/2011 BAIL BOND - CASH BAIL BOND RELEASE ACKNOWLEDGED ON 03/04/2011

Date Bailed: 07/02/2010
APPLY TO COUNSEL FEES
03/04/2011 Charge(s): 1,2,3
HEARING - MOTION TO DISMISS SCHEDULED FOR 03/07/2011 @ 8:30

NOTICE TO PARTIES/COUNSEL
03/04/2011 WRIT - HABEAS CORPUS TO PROSECUTE ISSUED ON 03/04/2011

CERTIFIED COPY TO SHERIFF DEPT.
03/07/2011 Charge(s): 1,2,3
HEARING - MOTION TO DISMISS HELD ON 03/07/2011

           ROBERT E MURRAY JR, JUSTICE
           Attorney:  WILLIAM BAGHDOYAN
           DA:  JAMES MITCHELL
           Defendant Present in Court
03/07/2011 HEARING -  MOTION FOR SPEEDY TRIAL HELD ON 03/07/2011
           ROBERT E MURRAY JR, JUSTICE
           Attorney:  WILLIAM BAGHDOYAN
           DA:  JAMES MITCHELL
           Defendant Present in Court
03/07/2011 MOTION -  MOTION FOR SPEEDY TRIAL UNDER ADVISEMENT ON 03/07/2011

03/07/2011 MOTION -  MOTION TO DISMISS FILED BY DEFENDANT ON 02/25/2011

03/07/2011 MOTION -  MOTION TO DISMISS UNDER ADVISEMENT ON 03/07/2011
           ROBERT E MURRAY JR, JUSTICE
03/07/2011 MOTION -  MOTION TO DISMISS DENIED ON 03/07/2011
           ROBERT E MURRAY JR, JUSTICE
           COPY TO PARTIES/COUNSEL
03/07/2011 ORDER -  COURT ORDER ENTERED ON 03/07/2011
           ROBERT E MURRAY JR, JUSTICE
           ORDER DENYING MOTION FOR SPEEDY TRIAL AND/OR MOTION TO DISMISS WITH PREJUDICE


A TRUE COPY
ATTEST:  _____
                    Clerk